O'NEILL / HASSEN

Attorneys at Law

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:________________
DATE FILED: 11/13/2026

November 12, 2026

VIA Email and ECF
Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Zambrano-Pacheco, et al.,* 25 Cr 76 (MKV)

Dear Judge Vyskocil:

I represent Jose Hernandz-Perez in the above-captioned matter. Mr. Hernandez Perez, along with Jesus David Barrios Garcia, Enrique Gustavo Boada Yanez comprise the Trial Group Four defendants. I write on behalf of all of the Trial Group Four defendants: Jesus Ruben Lopez Gonzalez, Danger Leoner Sanchez Alfonzo, Jose Hernandez-Perez, and Andreina Del Carmen Hernandez to request that the Court adjourn the November 16, 2026 deadline for pretrial motions to February 12, 2027, and to reset the response and reply dates to match. The government consents to this request for an adjournment.

This is our second request to adjourn this deadline.

Our trial is scheduled to begin on October 18, 2027.

This additional time will allow the defense to continue to review discovery and potentially receive and review additional discovery. We have been reviewing discovery with our clients but require additional time to review the materials we have already received. We also believe that there may be some materials outstanding, including extractions for cellphone(s) that were seized near Mr. Hernandez-Perez at the time of his arrest, and the police reports memorializing those seizures.

We are requesting the February 2027 dates to line up with the Trial Group Three deadlines. The schedule we propose is as follows: defense motions due Friday, February 12, 2027; the government's responses due Friday, March 5, 2027; and defense replies due Friday, March 26, 2027. This would close the briefing more than 6 months before the trial is scheduled to begin.

1 / P (212) 203-1858
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Jose Hernandez-Perez*

**Granted. SO ORDERED.**

Date: 11/13/2026
New York, New York

Mary Kay Vyskocil
United States District Judge

O / H